Before the Third Division, April 29, 1953

No. 57282.—T. D. Downing Co. et al. v. United States, protests 82606–K, etc. (Boston, Los Angeles, and New York).

Opinion by Ekwall, J. When this case was called for trial, it was submitted, and the right to reopen or set aside the submission was abandoned. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's classification, the protests were overruled. (*T. M. Duche & Sons* v. *United States*, 39 C. C. P. A. 186, C. A. D. 485, certiorari denied, *T. M. Duche & Sons, Inc.* v. *United States*, 344 U. S. 830, followed.)

No. 57283.—Otto Roth & Co., Inc. v. United States, protests 159816–K, etc. (New York).

Opinion by Ekwall, J. In accordance with stipulation of counsel that the merchandise consists of cheese the same in all material respects as that passed upon in Abstract 56940, the claim of the plaintiff was sustained.